1
2
3            **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5
6   **UNITED STATES OF AMERICA,**                  **Case No.         CR05-5782**
7                  **Plaintiff,**
                                                   **INITIAL ORDER RE: ALLEGATIONS**
8            **v.**                                **OF VIOLATION OF CONDITIONS**
                                                   **OF SUPERVISION BY UNITED**
9   **KEITH A ANDERSON,**                          **STATES PROBATION OFFICE**
                  **Defendant.**
10
11

12  **THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

13  The plaintiff appears through Special/Assistant United States Attorney, LAWRENCE LINCOLN;
14  The defendant appears personally and represented by counsel,   RUSSELL LEONARD;

15  The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are substantiated; the defendant having acknowledged an understanding of his rights and having acknowledged that he violated the conditions of his probation as alleged: (1) use of amphetamines on or about February 14, 2007; and (2) failing to appear for urinalysis testing on or about July 5, 2006; September 5,19, 2006; October 10, 2006; and November 12,13, 2006.
16
17

18  The matter is scheduled for disposition on the probation violations before the Honorable J KELLEY ARNOLD.
19

20                  **Date: TUESDAY, AUGUST 7, 2007**

21                  **Time:  3:00 P.M.**

22  **( x ) Defendant is released pending the above scheduled hearing; subject to full compliance with the terms and conditions of probation.**

23
24  **(  )   Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.   .**

25
26  The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

27                              **April 5, 2007.**

28                              _/s/ J. Kelley Arnold_____
                                **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1