MAGISTRATE JUDGE ARNOLD

1

2

3

4

5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                               AT TACOMA

7
UNITED STATES OF AMERICA,          )      NO.  CR05-5782JKA
8                                  )
                Plaintiff,         )      ORDER SEALING DEFENDANT'S
9                                  )      AFFIDAVIT IN SUPPORT OF
            vs.                    )      MOTION FOR WITHDRAWAL AND
10                                 )      SUBSTITUTION OF COUNSEL
KEITH ANDERSON,                    )
11                                 )
                Defendant.         )
12 _____)

13  -
        The Court having considered the Motion for Order Sealing Affidavit of Counsel
14
in support of Motion to Withdrawal and for Substitution of Counsel,
15
        NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel
16
and appendixes be sealed.
17
        DONE this 14th day of May, 2007.
18

19
                                        _/s/ J. Kelley Arnold_____
20  Presented by:                        MAGISTRATE JUDGE

21  /s_____
    Russell V. Leonard
22  Attorney for Defendant

23

24

25

26

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington  98402**
**(253) 593-6710**